NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**D.J. MILLER & ASSOCIATES, INC.,**
*Appellant,*

v.

**KATHLEEN SEBELIUS, SECRETARY OF HEALTH & HUMAN SERVICES,**
*Appellee.*

---

2012-1314

---

Appeal from the Armed Services Board of Contract Appeals in no. 55357, Administrative Judge Reba Page.

## ORDER

This appeal was docketed on April 11, 2012. The appellant filed a motion for leave to proceed in forma pauperis, which was denied on May 22, 2012 and the appellant was ordered to pay the docketing fee within 14 days. The court did not receive the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute. Any pending motions are denied as moot.

FOR THE COURT

AUG 2 2 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Eric Scott Jaffe, Esq.
  Tara K. Hogan, Esq.

s21

Issued As A Mandate:  AUG 2 2 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2012

JAN HORBALY
CLERK